# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

MICHAEL PUTROW,            Case No.: 8:09-cv-01702

    Plaintiffs,

vs.

ZAKHEIM & ASSOCIATES, P.A.,

    Defendant.                  /

## STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE

All matters and things in dispute having been adjusted and settled between the Plaintiff and Defendant, Zakheim & Associates, P.A., it is

STIPULATED AND AGREED by the parties hereto relating to the claims between Plaintiff, Michael Putrow and Defendant, Zakheim & Associates, P.A. asserted in this litigation, including claims for attorney's fees and costs, be dismissed with prejudice.

DATED: February 4, 2010

*s/G. Donald Golden*
G. Donald Golden
Florida Bar No. 0137080
213 N. Parsons Avenue
Brandon, FL 33510
Tel: 813-413-8700
Fax: 813-413-8701
don@brandonlawyer.com
Attorneys for Plaintiff

*s/Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 493767
David P. Hartnett
Florida Bar No. 946631
bfernandez@hinshawlaw.com
dhartnett@hinshawlaw.com
Hinshaw & Culbertson LLP
9155 S. Dadeland Boulevard – Suite 1600
Miami, Florida 33156-2741
Tel. No. 305-358-7747
Fax No. 305-577-1063
Attorneys for Defendant Zakheim & Associates