UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL PUTROW,

    Plaintiff,

v.                          Case No. 8:09-cv-1702-T-30TBM

ZAKHEIM & ASSOCIATES, P.A.,

    Defendant.
_____/

### ORDER OF DISMISSAL

Before the Court is the Stipulation of Settlement (Dkt. #12). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 8, 2010.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cv-1702.dismissal 12.wpd